# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CASEY WILLIAMS | ) |
| | ) Case No. 2:24-cv-106 |
| Plaintiff, | ) Judge Edmund A. Sargus, Jr. |
| | ) |
| vs. | ) |
| | ) |
| THE VILLAGE OF JUNCTION CITY, et al. | ) NOTICE OF DISMISSAL WITHOUT |
| | ) PREJUDICE |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Casey Williams hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

    Respectfully submitted,
    HOLLAND & MUIRDEN

    */s/ DanaMarie K. Pannella*
    DanaMarie K. Pannella (#0090221)
    1343 Sharon-Copley Road, P. O. Box 345
    Sharon Center, Ohio 44274
    (330) 239-4480; Fax (330) 239-6224
    E-mail: dpannella@hmlawohio.com